IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J & J SPORTS PRODUCTION,      )
INC.,                         )
                              )
     Plaintiff,               )
                              )   CIVIL ACTION NO.
     v.                       )    2:08cv446-MHT
                              )        (WO)
GARY BLACKWELL,               )
individually, and as the      )
alter ego and/or owner of     )
Igor's and/or Igor's          )
Oyster Bar, and/or            )
Blackwell Igor's Inc., and    )
IGOR'S and/or IGOR'S          )
OYSTER BAR, and/or            )
BLACKWELL IGOR'S INC., a      )
business incorporated in      )
State of Alabama,             )
                              )
     Defendant.               )
```

OPINION

Plaintiff J & J Sports Production, Inc., brought this lawsuit on June 9, 2008, "pursuant to several federal statutes, including the Communications Act of 1934, as amended, 47 U.S.C. 605, et seq., and The Cable & Television Consumer Protection and Competition Act of

1992, as amended, 47 U.S. Section 553, et seq." J & J Sports invokes the court's jurisdiction pursuant to 28 U.S.C. § 1331.  On October 10, 2008, this court issued an order requiring that J & J Sports show cause as to why this case should not be dismissed for want of prosecution because the defendants had not been served.  J & J Sports filed no response to the show-cause order.  This case is therefore due to be dismiss without prejudice for want of prosecution.

    An appropriate judgment will be entered.

    DONE, this the 30th day of October, 2008.


           /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE