IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
J & J SPORTS PRODUCTION,    )
INC.,                       )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      2:08cv446-MHT
                            )           (WO)
GARY BLACKWELL,             )
individually, and as the    )
alter ego and/or owner of   )
Igor's and/or Igor's        )
Oyster Bar, and/or          )
Blackwell Igor's Inc., and  )
IGOR'S and/or IGOR'S        )
OYSTER BAR, and/or          )
BLACKWELL IGOR'S INC., a    )
business incorporated in    )
State of Alabama,           )
                            )
    Defendant.              )
```

## JUDGMENT

Pursuant to the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed without prejudice for want of prosecution.

It is further ORDERED that costs are taxed against plaintiff J & J Sports Production, Inc., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of October, 2008.


      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**